AARON MASIA, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Order granting plaintiff's motion to strike out the affirmative defense contained in defendant's answer unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX GILLMAN, Appellant.— Judgment convicting defendant of the crime of criminally receiving stolen property (Penal Law, § 1308) unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BOSCARINO, Appellant.— Defendant was indicted upon various counts, and pleaded guilty of attempted robbery in the third degree. The court thereupon took testimony and found that the defendant was armed at the time he committed the crime. The appeal is from the judgment sentencing defendant to not less than seven and one-half years nor more than fifteen years in the State prison. Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

EMANUEL H. GOLDSTEIN, Respondent, v. PERCY J. MORGAN, Appellant.— Order denying defendant's motion for judgment on the pleadings upon the ground that complaint does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

BROOKLYN BUS CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order denying defendant's motion for judgment dismissing the complaint for insufficiency under rule 106 of the Rules of Civil Practice unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the CITY OF NEW YORK, Relative to Acquiring Certain Real Property Situated and Located Generally Within and Bounded by West Two Hundred and Seventh Street, Ninth and Tenth Avenues, West Two Hundred and Sixteenth Street and the Harlem River, City of New York, for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad Yard. CITY OF NEW YORK, Appellant; ALICE A. POST, Claimant, Respondent.— Proceeding instituted by the city of New York for the purpose of acquiring title to certain lands and premises for construction, maintenance and operation of a municipal rapid transit railroad yard. Order granting claimant's motion to vacate final decree dated July 15, 1932, in so far as it affects damage parcel No. 49, and setting matter down for a further hearing, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.